```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA           :
                                   :
     -against-                     :    No. 03 Cr. 1256 (JFK)
                                   :
VICTOR LORENZANO,                  :         ORDER
                                   :
                       Defendant.  :
-----------------------------------X
```

**JOHN F. KEENAN**, United States District Judge:

    On December 10, 2020, Defendant Victor Lorenzano filed a pro se motion for reduction in sentence pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A), commonly known as the compassionate release statute. (ECF No. 247.) Lorenzano's motion, which includes a memorandum of law of approximately 40 pages, also requests appointment of counsel.

    "[P]ro se litigants generally are entitled to a liberal construction of their pleadings, which should be read 'to raise the strongest arguments that they suggest.'" Green v. United States, 260 F.3d 78, 83 (2d Cir. 2001) (quoting Graham v. Henderson, 89 F.3d 75, 79 (2d Cir. 1996)). Here, Lorenzano has submitted a comprehensive memorandum of law in support of his motion. Accordingly, Lorenzano's request for appointment of counsel is DENIED.

    IT is FURTHER ORDERED that the Government is directed to file its response to Lorenzano's pro se motion by no later than January 5, 2021, and to mail a copy to Lorenzano at that time.

Lorenzano shall have 30 days from the date on which he is served with the Government's response to file a reply, if any. Absent further order, Lorenzano's motion will be considered fully submitted as of that date.

The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Court will mail a copy of this Order to Lorenzano.

**SO ORDERED.**

Dated:  New York, New York
        December 16, 2020

_____
John F. Keenan
United States District Judge