# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

Tamara Giwa
Executive Director

Barry D. Leiwant
Attorney-in-Charge

October 16, 2024

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Adjourned to Tuesday, November 12, 2024 at 12:00 p.m. So ordered. Date: 10/18/24*
*[signature] U.S.D.J.*
*10/18/24*

> Re: **Victor Lorenzana v. United States,**
> **03 Cr. 1256, 16 Cv. 4355**
> **Request for brief adjournment of oral argument**

Your Honor:

This Office represents Victor Lorenzana on this § 2255 motion. Today, the Court issued an order directing the parties to appear for oral argument on October 30th at noon. ECF No. 24, 16 Cv. 4355.

With the Government's consent, I respectfully request a short adjournment of that date. Among other things, I have a brief due in the Second Circuit on October 24th and oral argument before the Circuit on October 29th. (Another brief is due in the Circuit on November 8th).

The parties are generally available for oral argument during the week of November 11th (exception for Friday, November 15th) or November 18th (except for Monday, November 18th).

Respectfully submitted,

/s/

**YUANCHUNG LEE**
Assistant Federal Defender
Tel.: 212-418-8742
Email: yuanchung_lee@fd.org

YCL/av

cc: T. Josiah Pertz, Esq.
    Assistant U.S. Attorney
    (BY ECF)