UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                       03 cr 1256-01 (JGK)

VICTOR LORENZANA,                                                ORDER
                      Defendant.
-------------------------------------------------------------X

       Re-sentencing of the above defendant is scheduled for **Wednesday, April 30, 2025, at 4:30pm.**

**SO ORDERED.**

                                                                  _____
                                                                   JOHN G. KOELTL
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         December 11, 2024