UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States | No. 03-cr-1256 |
| V. | |
| Victor Lorenzana | LAW STUDENT INTERN APPEARANCE FORM |

1.  Law Student Certification

    I certify that:

    (a)  I am duly enrolled in  N/A (graduated from Stanford Law School, 2024)  law school
         in accordance with part (3)(a) of the Plan for Student Practice of the Southern District
         of New York.
    (b)  I am receiving no compensation from the client in accordance with part (3)(f) of the
         Plan for Student Practice of the Southern District of New York.
    (c)  I am familiar and will comply with the Code of Professional Responsibility of the
         American Bar Association.
    (d)  I am familiar with the federal procedural and evidentiary rules relevant to the action in
         which I am appearing.

    4/17/25                                             _Wilmoss_
    _____          _____
    (date)                                              (Signature of Student)

                                                        William Moss
                                         _____
                                                        (Print Name)

2.  Certification of Law School Dean or Authorized Designee

    I certify that this student:

    (a)  has completed at least two semesters of law school work and is a participant in an
         approved clinical program;
    (b)  is qualified, to the best of my knowledge, to provide the legal representation permitted
         by this rule, and
    (c)  that  N/A (student graduated and is a fellow with the Federal Defenders) , who will serve as supervising
         attorney, is a participant in a clinical program approved by this school.

    04/18/2025                                          Electronically signed by: John Dalton
                                                        Reason: I have reviewed and am approving this
                                                        document.
                                                        Date: Apr 18, 2025 09:00 PDT
    _____          _____
    (date)                                              (Signature of Dean or Authorized Designee)

    John Dalton                                         Associate Dean of Student Affairs
    _____          _____
    (Print Name)                                        (Position of Above)

3.  Consent of Supervising Attorney

    As a member of the bar of the United States District Court for the Southern District of New York, I will:

    (a)  assume personal professional responsibility for this student's work;
    (b)  assist this student to the extent necessary;
    (c)  authorize this student to appear in court or at other proceedings, and to prepare documents, and
    (d)  appear with this student in all proceedings before the Court.

    4/24/95
    _____
    (date)

    _____
    (Signature of Attorney)

    Jennifer Brown
    _____
    (Print Name)

4.  Consent of Client or United States Attorney

    I authorize this student:

    (a)  to appear in court or at other proceedings on my behalf, and
    (b)  to prepare documents on my behalf.

    I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

    4-18-25
    _____
    (date)

    V Lorenzan
    _____
    (Signature of Attorney)

    Victor Lorenzana
    _____
    (Print Name)

    (If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5.  Consent of Judge

    I authorize this student:

    (a)  to appear in court or other proceedings on behalf of the above client, and
    (b)  to prepare documents on behalf of the above client.

    4/24/25
    _____
    (date)

    _____
    (Signature of Judge)

    JOHN G. KOELTL
    _____
    (Print Name)