UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                03 cr 1256-01 (JGK)

    -against-

                **ORDER**

VICTOR LORENZANA,
                Defendant.
-------------------------------------------------------------X

        The defendant, Victor Lorenzana, having been sentenced to time served, is hereby ordered released, pending no detainers, from the custody of the Bureau of Prisons and the United States Marshal.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       May 7, 2025